UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHESTER FINNEY, | No. 2:21–cv–1853–WBS–KJN PS |
| Plaintiff, | ORDER |
| v. | |
| GAVIN NEWSOM, | |
| Defendant. | |

On August 31, 2021, U.S. Magistrate Judge Giblin (E.D. Tex.) ordered a portion of plaintiff's complaint be severed into a separate lawsuit, and two weeks later ordered the severed suit be transferred to this district. (ECF Nos. 1, 3.) The case was administratively transferred on October 6. (ECF No. 4.) The undersigned notes that, because the transferred case is treated as a separate lawsuit, the filing fee has yet to be satisfied. Accordingly, it is ORDERED:

1. Within 14 days, plaintiff shall either: (a) pay the $402 filing fee; (b) submit a request to proceed without payment of fees; or (c) submit a notice of voluntary dismissal;
2. The Clerk of the Court shall send this court's IFP form along with this order.

Dated: October 13, 2021

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

finn.1853

1